IN RE: THE COMPLAINT OF OMEGA PROTEIN, INCORPORATED, as Owner and Operator of Fishing Vessel Isle Derniere, for Exoneration from or Limitation of Liability.

Omega Protein, Incorporated, as Owner and Operator of Fishing Vessel Isle Derniere, Plaintiff–Appellant,

v.

Charles Brumfield, Jr.; Robert Lancelin, Sr., Defendants–Appellees.

In Re: The Complaint of Omega Protein, Incorporated, as Owner and Operator of Fishing Vessel Isle Derniere, for Exoneration from or Limitation of Liability.

Omega Protein, Incorporated, as Owner and Operator of Fishing Vessel Isle Derniere, Plaintiff–Appellant,

v.

Anthony Scott; Robert Lancelin, Sr., Defendants–appellants,

v.

Louisiana Marine Towing, L.L.C., Defendant–Appellee.

---

In re: The Complaint of Louisiana Marine Towing, L.L.C., as Owner of the M/V Lady Lauren, Its Engines, Gear, Tackle, etc., for Exoneration from or Limitation of Liability.

Louisiana Marine Towing, L.L.C., as Owner of the M/V Lady Lauren, Its Engines, Gear, Tackle, etc., Plaintiff–Appellee,

v.

Anthony Scott; Robert Lancelin, Sr.; Omega Protein Incorporated, Defendants–Appellants.

No. 15-31032, No. 15-31060

United States Court of Appeals, Fifth Circuit.

Filed January 13, 2017

Alan K. Breaud, Timothy W. Basden, Esq., Breaud & Meyers, A.P.L.C., Lafayette, LA, for Plaintiff-Appellant

Andrew Joseph Quackenbos, Esq., Brian C. Colomb, Domengeaux Wright Roy Edwards & Colomb, L.L.C., Lafayette, LA, Chet Girard Boudreaux, McKernan Law Firm, Baton Rouge, LA, for Defendant-Appellee Charles Brumfield, Jr.

Louis Roy Koerner, Jr., Koerner Law Firm, New Orleans, LA, Robert Brent Cueria, Cueria Law Firm, L.L.C., New Orleans, LA, for Defendant-Appellee Robert Lancelin, Sr.

Before JOLLY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

In this matter stemming from an allision between two vessels, the district court awarded damages and determined the value of a vessel. Various parties seek relief on appeal.

This case was tried thoroughly and patiently by the district court. We have read the briefs and applicable parts of the record and the relevant law and have heard the oral arguments of five attorneys. There is no reversible error. The judgment and underlying decisions are fair. The judgment as to all parties and all issues is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.